# United States District Court

_____Southern_____ District of _____Texas_____

UNITED STATES OF AMERICA
V.
**Israel Alejandro CASTRO-Flores**

Mexico
A202 142 055

## CRIMINAL COMPLAINT

CASE NUMBER 1:16-PO- __343__

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.  On or about _____**April 28, 2016**_____ in __**Cameron**__ County, in the **Southern** District of **Texas**, the defendant being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title **8** United States Code, Section **1325(a)(1).**

I further state that I am an **Deportation Officer** and that this complaint is based on the following facts:

**The defendant was apprehended in Olmito, Texas on September 20, 2016.  The defendant is a citizen of Mexico who entered the United States illegally by wading across the Rio Grande River near Los Indios, Texas on April 28, 2016, thus avoiding immigration inspection.**

Continued on the attached sheet and made part hereof:  ☐ Yes   ☒ No

Defendant has  $0.00

\S\ Stephen Venegas     Deportation Officer
*Signature of Complainant*

Sworn to before me and subscribed in my presence,

September 21, 2016                                            at     Brownsville, Texas
*Date*                                                                          *City and State*

Ronald G. Morgan     U.S. Magistrate Judge
*Name and Title of Judicial Officer*                            *Signature of Judicial Officer*